# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TOMMY RADFORD
ADC # 89900                                                                        PLAINTIFF

V.                                    4:06CV00819-WRW/HDY

ROBERT WILEY *et al.*                                                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

DATED this 24th day of July, 2006.


                                              /s/Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE

1